**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DR. MARCO BITETTO,**

                **Plaintiff,**                **1:18-cv-966**
                                                     **(GLS/TWD)**

        **v.**

**MS. MAE D'AGOSTINO,**

                **Defendant.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

**FOR PLAINTIFF**
MARCO BITETTO
Plaintiff *Pro Se*
4 Fourth Avenue
Rensselaer, New York 12144

**Gary L. Sharpe**
**Senior District Judge**


## ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation by Magistrate Judge Thérèse Wiley Dancks duly filed on October 16, 2018. (Dkt. No. 6.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Order and Report-Recommendation for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 6) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED without leave to amend**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

November 15, 2018
Albany, New York

Gary L. Sharpe
U.S. District Judge